**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO. 3:04CV254-H**

| | |
|---|---|
| **METZLER SYSTEMS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | **FOR FAILURE TO PROSECUTE** |
| **I.G.H., INC., and STEVEN MUESSER,** ) | **FED. R. CIV. P. 4(m)** |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own Motion and it appears that the Plaintiff filed its Complaint on May 24, 2004; that a Summons was issued the next day; that no return of service or waiver of service has been filed; that on July 20, 2005, the Clerk mailed the Plaintiff a notice stating that this action would be dismissed unless it filed a return of service or took some other action to extend the time for service within 20 days; and that the Plaintiff has not responded to the notice, nor has it filed a return of service or otherwise taken any other action in prosecution of this action.

**NOW THEREFORE, IT IS ORDERED** that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Signed: February 28, 2006

Graham C. Mullen
United States District Judge